# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDGE ALEXANDER FERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 10-185 (RJL) |
| | ) | |
| SHAUN DONOVAN, Secretary of the U.S. | ) | |
| Department of Housing and Urban | ) | |
| Development, | ) | |
| | ) | |
| DAVID T. ANDERSON, Director, Office of | ) | |
| Hearings and Appeals at the U.S. | ) | |
| Department of Housing and Urban | ) | |
| Development (in his professional capacity), | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MARCELA E. BELT, Chief Executive | ) | |
| Officer at the U.S. Department of | ) | |
| Housing and Urban Development (in her | ) | |
| professional capacity), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this _12_ day of January 2011, it is hereby

**ORDERED** that defendant Shaun Donovan's Motion to Dismiss Counts V and VI and to Dismiss All Counts Against the Individual Federal Employees [#10] is **GRANTED**; and it is further

**ORDERED** that Counts V and VI of the Complaint are dismissed with prejudice; and it is further

1

**ORDERED** that all counts against the defendants David T. Anderson and Marcela E. Belt are dismissed with prejudice;

**SO ORDERED.**

RICHARD J. LEON
United States District Judge